U.S. District Court Judge BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SONJA K. MITCHELL, | CASE NO. C19-5044-BHS |
| Plaintiff, | ORDER FOR ATTORNEYS FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Unopposed Motion For Attorney's Fees Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that Plaintiff's attorney, JEANETTE LAFFOON, is awarded attorney fees of $17,783 pursuant to 42 U.S.C. § 406(b). Counsel will refund directly to Plaintiff the $5,287.16 in EAJA fees previously received.

DATED this 3rd day of April, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C19-5044-BHS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

- Page 1